NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEVON BOWEN, JR., )
)
      Appellant, )
)
v. )   Case No. 2D18-562
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.


      Affirmed.


NORTHCUTT, BLACK, and ATKINSON, JJ., Concur.